ANGELA FIDUCIA, ETC., ET AL., RESPONDENTS, v. MORRIS MAGENHEIM ET AL., DEFENDANTS.

Submitted October 26, 1945—Decided January 3, 1946.

For the respondents, *Cox & Walburg*.

For the defendants, *Edward R. McGlynn* (*Kellogg & Chance*, of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, MCGEEHAN, JJ. 12.

*For reversal*—None.